IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM N. TAYLOR, JR. M.D.,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3316

Opinion filed September 29, 2014.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

William N. Taylor, Jr. M.D., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The "Petition for Writ of Habeas Corpus and Motion to Discharge Court-Appointed Counsel for Negligence and Willful Misrepresentation" is treated as a petition alleging ineffective assistance of appellate counsel and is DENIED on the merits.

LEWIS, C.J., PADOVANO and CLARK, JJ., CONCUR.